UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RODNEY DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-312 |
| | § | |
| ATLANTIC CASUALTY INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT, ATLANTIC CASUALTY INSURANCE COMPANY'S OPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIM

Before the Court is the opposed motion of Atlantic Casualty Insurance Company for leave to file an amended answer and counterclaim. Plaintiff has not filed a response. Pursuant to Local Rule 7.4, a failure to respond will be taken as a representation of no opposition. Therefore, the Court concludes that the motion should be, and hereby is GRANTED. Atlantic Casualty Insurance Company is given leave to file its First Amended Answer and Counterclaim.

The Clerk of the Court is ordered to file as a separate docket entry Atlantic Casualty Insurance Company's First Amended Answer and Counterclaim which is attached to Motion (D.E. 9).

ORDERED this 12th day of December, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE